1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GREGORY C. BONTEMPS,

11          Plaintiff,                    No. CIV S-06-2483 DFL GGH P

12       vs.

13   M. C. KRAMER, et al.,

14          Defendants.                   ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

18   U.S.C. § 1915.  However, the certificate portion of the request which must be completed by

19   plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a

20   certified copy of his prison trust account statement for the six month period immediately

21   preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the

22   opportunity to submit a completed in forma pauperis application and a certified copy in support

23   of his application.

24   \\\\\

25   \\\\\

26   \\\\\

1        In accordance with the above, IT IS HEREBY ORDERED that:

2        1.  Plaintiff shall submit, within thirty days from the date of this order, a

3   completed affidavit in support of his request to proceed in forma pauperis on the form provided

4   by the Clerk of Court;

5        2.  The Clerk of the Court is directed to send plaintiff a new Application to

6   Proceed In Forma Pauperis By a Prisoner; and

7        3.  Plaintiff shall submit, within thirty days from the date of this order, a certified

8   copy of his prison trust account statement for the six month period immediately preceding the

9   filing of the complaint.  Plaintiff's failure to comply with this order will result in a

10  recommendation that this action be dismissed without prejudice.

11  DATED: 11/29/06

    /s/ Gregory G. Hollows

12

13      GREGORY G. HOLLOWS
    UNITED STATES MAGISTRATE JUDGE

14  GGH:bb
    bont2483.3c+

15

16

17

18

19

20

21

22

23

24

25

26